THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN J. HICKS, Relator, v. ABEL E. BLACKMAR, as Justice of the Supreme Court, etc., Defendant.— It appears by the answering affidavit that the justice, having a discretion regarding his calendar, marked this cause off for the term in view of the probable duration of the trial. This did not deprive the parties of their right, under section 990 of the Code of Civil Procedure, to a trial in Kings county at a following Special Term. Motion for writ of mandamus denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HENRY P. TUTHILL, etc., Respondent, v. RILEY P. HOWELL, as Supervisor, etc., Appellant.— Motions denied, without costs. Present — Jenks, P. J , Thomas, Mills, Rich and Putnam, JJ.

SIGMUND REISS, Respondent, v. SYLVAN LEVY and Another, Appellants.— Motion denied. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

SENECA DISTRIBUTING COMPANY, Appellant, v. KATHERINE FULTON, etc., Respondent, Impleaded with Others.— Motion granted. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

JOSEPH V. WILSON and Another, Copartners, etc., Respondents, v. LONG ISLAND RAILROAD COMPANY, Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ.

ESTELLA W. BOGART, as Administratrix, etc., of CYRUS J. BOGART, Deceased, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Order in so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred.

JOSEPH CARLOMAGNO, Respondent, v. JOSEPH CHERNES, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.

WILLIAM CEDARHOLM, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant, and JOHN F. SCHMAEDEKE, INC., Defendant. — Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the verdict, as based upon the finding that the plaintiff did not fully enter the body of the car, as under the charge it necessarily was based, was against the weight of the evidence. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred.

ANNIE DELANEY, an Infant, by SUSAN DELANEY, Her Guardian ad Litem, Respondent, v. THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment reversed and new trial granted, costs to abide the event, on the ground that the verdict is against the weight of evidence. Jenks, P. J., Thomas, Mills and Putnam, JJ., concurred.

ELVIN A. DORLON, Respondent, v. SAMUEL L. PEARSALL and GEORGE W. CRAFT, Appellants.—Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Stapleton, Mills and Rich, JJ.